# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGH TECH PET PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JUXIN PET PRODUCT COMPANY, LTD., JUXIN INTERNATIONAL, INC., JUXIN ELECTRONIC FACTORY, JUN HU aka STEVEN HU, BLONG ELECTRONIC COMPANY, LTD., ELLA LI, GF-BASE TRADING CO., LTD., JASON HE, GOMEWHOLESALE ELECTRONIC TECHNOLOGY CO., LTD., XIAOYUAN WEN, HONGKONG XINSHIQIANG SCIENCE AND TECHNOLOGY DEVELOPMENT CO., LTD., MIKE TANG, NEW TIDE IMPORT & EXPORT CO., LIMITED, THERESA DONG, SHENZHEN JIAYANG ELECTRONICS CO., LTD., AMY LUO, SHENZHEN TOPFUN ELECTRONIC CO., LTD., NANCY LIU, KELLY SUN, ALLIANCE OF MANUFACTURER IN HUBEI, YEN HUA WEI, WELLTURN (HONGKONG) INDUSTRIAL CO., LTD., YUYAO HUALUN IMP. & EXP. CO., LTD., HE LI aka MARY HE, HUATUOWEI ELECTRONIC CO., LTD., STEPHEN YI, HUAYANG INTERNATIONAL TRADE LTD., S-ZONE ELECTRONIC LTD., JOY ZENG, SPEED INDUSTRIAL CO., LTD., SUNNIE DU, <br><br> Defendants. | 1:10-cv-00547 LJO GSA <br><br> **ORDER TO SHOW CAUSE REGARDING FAILURE TO SERVE SUMMONS AND COMPLAINT** |

1

On March 26, 2010, Plaintiff High Tech Pet Products, Inc. filed a complaint against Defendants Juxin Pet Product Company, Ltd., Juxin International Inc., Juxin Electronic Factory, and Jun Hu aka Steven Hu, asserting nine separate claims for relief, including but not limited to unfair competition, false designation of origin, and trademark infringement. (Doc. 2.) This Court issued summonses on March 29, 2010. (Doc. 4.)

Pursuant to the request of Plaintiff's counsel, the Initial Scheduling Conference set for June 29, 2010, was continued to August 3, 2010. (Doc. 7.) The Court then reset the scheduling conference for September 7, 2010 (Doc. 8), and subsequently continued the matter yet again to November 15, 2010, based upon the status of the case, to wit: no appearance by Defendants. (Doc. 9.)

On September 15, 2010, Plaintiff filed a First Amended Complaint ("FAC"). Dozens of new Defendants were named in the FAC. (Doc. 10.) Accordingly, summonses to all named Defendants were re-issued on September 28, 2010. (Docs. 11-16.)

To date, Plaintiff has filed no documents to show proof of service of the summons and FAC on any of the named Defendants to establish it has complied with Rule 4(*l*) and (m) of the Federal Rules of Civil Procedure, nor have any of the aforementioned Defendants appeared in this action.

**DISCUSSION**

Rule 4(m) of the Federal Rules of Civil Procedure provides in pertinent part:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

As of today's date, 121 days have elapsed since Plaintiff filed FAC[1] in this matter.  Thus, this Court ORDERS Plaintiff, **no later than January 31, 2011**, to show cause in writing why Plaintiff has failed to: (1) file documents to show proof of service of the summons and FAC on the aforementioned Defendants to comply with Rule 4(*l*) of the Federal Rules of Civil Procedure; and (2) accomplish service of the summons and complaint on the aforementioned Defendants within 120 days of filing the FAC to comply with Rule 4(m) of the Federal Rules of Civil Procedure.

**Plaintiff is admonished that this Court will recommend dismissal of this action if Plaintiff fails to comply with this Order and to show good cause for its failure to accomplish service of the summons and FAC.**

Finally, this matter is presently scheduled for an Initial Scheduling Conference to be held February 15, 2011, at 10:00 a.m.  In light of the fact Defendants have not been served with the summons and FAC and/or have not otherwise appeared in this action, this Court VACATES the Initial Scheduling Conference and SETS the matter for a Status Conference on **March 16, 2011, at 9:00 a.m. in Courtroom 10.**

IT IS SO ORDERED.

Dated:   **January 27, 2011**          /s/ **Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] Notably too, 307 days have elapsed since Plaintiff filed its original complaint with this Court.

3