# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGH TECH PET PRODUCTS, INC., | 1:10-cv-00547 LJO GSA |
| Plaintiff, | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| JUXIN PET PRODUCT COMPANY, LTD., JUXIN INTERNATIONAL, INC., JUXIN ELECTRONIC FACTORY, JUN HU aka STEVEN HU, BLONG ELECTRONIC COMPANY, LTD., ELLA LI, GF-BASE TRADING CO., LTD., JASON HE, GOMEWHOLESALE ELECTRONIC TECHNOLOGY CO., LTD., XIAOYUAN WEN, HONGKONG XINSHIQIANG SCIENCE AND TECHNOLOGY DEVELOPMENT CO., LTD., MIKE TANG, NEW TIDE IMPORT & EXPORT CO., LIMITED, THERESA DONG, SHENZHEN JIAYANG ELECTRONICS CO., LTD., AMY LUO, SHENZHEN TOPFUN ELECTRONIC CO., LTD., HENRY ZHOU, SHENZHEN ARTECH ELECTRONIC CO., LTD., NANCY LIU, KELLY SUN, ALLIANCE OF MANUFACTURER IN HUBEI, YEN HUA WEI, WELLTURN (HONGKONG) INDUSTRIAL CO., LTD., YUYAO HUALUN IMP. & EXP. CO., LTD., HE LI aka MARY HE, HUATUOWEI ELECTRONIC CO., LTD., STEPHEN YI, HUAYANG INTERNATIONAL TRADE LTD., S-ZONE ELECTRONIC LTD., JOY ZENG, SPEED INDUSTRIAL CO., LTD., SUNNIE DU, | **ORDER REQUIRING PLAINTIFF TO FILE A STATUS REPORT EVERY THIRTY (30) DAYS REGARDING EFFORTS TO EFFECT SERVICE** |
| Defendants. | |

1

On March 26, 2010, Plaintiff High Tech Pet Products, Inc. filed a complaint against Defendants Juxin Pet Product Company, Ltd., Juxin International Inc., Juxin Electronic Factory, and Jun Hu aka Steven Hu, asserting nine separate claims for relief, including but not limited to unfair competition, false designation of origin, and trademark infringement.  (Doc. 2.)  This Court issued summonses on March 29, 2010.  (Doc. 4.)  On September 15, 2010, Plaintiff filed a First Amended Complaint ("FAC").  Dozens of new Defendants were named in the FAC.  (Doc. 10.)  Summonses to the additional Defendants were issued on September 28, 2010.  (Docs. 11-16.)  On January 27, 2011, this Court issued an Order to Show Cause why sanctions should not be imposed for Plaintiff's failure to comply with Rule 4 of the Federal Rules of Civil Procedure. (Doc. 19.)

On January 31, 2011, Plaintiff's counsel filed a declaration indicating, in pertinent part, that he has been unable to effect service of process against any of the named Defendants due in part to a delay caused by an error on the part of the California Secretary of State, resulting in an "erroneous suspension" of Plaintiff High Tech Pet Product Inc.'s corporate status.  This erroneous suspension prevented Plaintiff from prosecuting this action for a two month period. Counsel also indicated that all necessary documents have now been prepared, translated into Mandarin Chinese and forwarded for service as required by the Hague Convention, as all Defendants are domiciled in the People's Republic of China.  Plaintiff requested the Initial Scheduling Conference of February 15, 2011,[1] be continued to a date in May 2011.  (Doc. 20.)

Based on the foregoing, Plaintiff has established good cause for its failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure.  Accordingly, the order to show cause is hereby DISCHARGED.

Further, in light of the continued delay regarding service of process in this matter, **Plaintiff is HEREBY ORDERED to file a status report no later than March 9, 2011**,

---

[1] Plaintiff should note the Court has already vacated the Initial Scheduling Conference previously scheduled for February 15, 2011.  Further, the Court set the matter for a Status Conference on March 16, 2011.  That hearing remains on calendar.  (*See* Doc. 19: 11-15.)

1  regarding its efforts to effect service.  More particularly, Plaintiff shall advise the Court
2  *regarding its specific efforts to serve each of the named thirty-three (33) Defendants.*
3  Additionally, Plaintiff shall be prepared to answer any specific inquiry by the Court at the Status
4  Conference set for March 16, 2011, at 9:00 a.m. in Courtroom 10.

6     IT IS SO ORDERED.
7     **Dated:   February 2, 2011**                            **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE