IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGH TECH PET PRODUCTS, INC., | CASE NO. CV F 10-0547 LJO GSA |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION** (Doc. 56.) |
| vs. | |
| JUXIN PET PRODUCT COMPANY, LTD., et al., | |
| Defendants. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES this action in its entirety;

2. VACATES all pending matters and dates; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **May 1, 2013**          /s/  Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE

1